# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michelle Redd

                                    Plaintiff,

v.                                                                           Case No.: 1:20–cv–07658
                                                                                Honorable Sara L. Ellis

Healthcare Revenue Recovery Group, LLC

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 15, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion for extension of time to answer or otherwise plead [11]. Defendant's responsive pleading is due by 3/24/2021. The Court strikes the status date set for 3/16/2021 and resets it to 8/4/2021 at 9:30 a.m. The Court sets the following discovery schedule: Rule 26(a)(1) disclosures are due by 4/1/2021; written discovery to issue by 4/16/2021; and fact discovery closes on 8/2/2021. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.