## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michelle Redd

                                Plaintiff,

v.                                                       Case No.: 1:20–cv–07658
                                                             Honorable Sara L. Ellis

Healthcare Revenue Recovery Group, LLC

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 9/14/2021 and resets it to 4/6/2022 at 9:30 a.m. for ruling on dispositive motions. The Court sets the following summary judgment briefing schedule: dispositive motions are due by 11/1/2021; responses are due by 12/3/2021; and replies are due by 12/17/2021. If the parties would like a referral to the magistrate judge for settlement purposes, they should contact the Court's courtroom deputy and request a referral. The Court grants Plaintiff's motion for leave to file an amended complaint [19] and reminds Plaintiff's counsel that leave is required once Defendant has filed an answer. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.