### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *MICHELLE M. REDD*, | ) |
|     Plaintiff, | ) |
| | ) |
| *v.* | ) |
| | ) |
| | ) |
| *HEALTHCARE REVENUE RECOVERY GROUP, L.L.C.,* | ) |
| *D/B/A ARS ACCOUNT RESOLUTION SERVICES*, | ) |
|     Defendant. | ) |

### NOTICE OF MOTION

To:    Paul Gamboa
         Gordon & Rees LLP
         1 N. Franklin, No. 800
         Chicago, IL 60606

     PLEASE TAKE NOTICE that, on Wednesday January 26, 2022, at 9:45 a.m., at the United States District Court for the Northern District of Illinois, 219 S. Dearborn, Courtroom 1403, Chicago, IL, 60604, Plaintiff Michelle Redd, by her counsel, Paúl Camarena, will appear before Her Honor Sara L. Ellis, and Counsel will present **PLAINTIFF MICHELLE REDD'S MOTION TO FILE *INSTANTER* HER RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**.

### CERTIFICATE OF SERVICE

     MICHELLE REDD'S COUNSEL, PAÚL CAMARENA, CERTIFIES that, on Tuesday January 18, 2022, he served **PLAINTIFF MICHELLE REDD'S MOTION TO FILE *INSTANTER* HER RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** on:

     Paul Gamboa
     Gordon & Rees LLP
     1 N. Franklin, No. 800
     Chicago, IL 60606

     Respectfully submitted,
     Plaintiff's, Michelle Redd's, Counsel
     North & Sedgwick, L.L.C.
by:    */s/ Paúl Camarena*
     Paúl Camarena, Esq.
     500 So. Clinton, No. 132
     Chicago, IL 60607
     paulcamarena@paulcamarena.com
     (312) 493-7494