# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Michelle Redd

                              Plaintiff,

v.                                                              Case No.: 1:20–cv–07658
                                                             Honorable Sara L. Ellis

Healthcare Revenue Recovery Group, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Due to scheduling conflict of the court, notice of presentments [43] and [45] set for 3/15/22 are stricken and reset to 3/22/22 at 9:45 a.m. regarding motions for leave to file [42] and [44]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.